### 24309.  WYSE v. McKINNEY.

BROYLES, C. J.  Under the facts of this case, and the rulings in *Coral Gables Corporation* v. *Hamilton*, 168 *Ga.* 182 (147 S. E. 494), the demurrers to the answer as amended were properly overruled; and the court did not err in directing a verdict in favor of the defendant.

*Judgment affirmed. MacIntyre, J., concurs. Guerry, J., dissents.*

GUERRY, J., dissenting.  A rescission for fraud must show an offer to rescind as soon as the fraud is discovered.  In my opinion the answer was defective in this respect and was subject to the demurrers interposed.  Furthermore, the defendant had sold the property to third parties, and could not rescind by putting the parties in statu quo. I think that the *Coral Gables Corporation* case, cited in the majority opinion, is distinguished by its facts from this case.

DECIDED APRIL 30, 1935.

*William Bull,* for plaintiff.
*Morris & Welsch, T. H. Crawford,* for defendant.